UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JARED J. CAMERON #276559,

    Plaintiff,

v.

SHERRI NEWCOMB, et al.,

    Defendants.
_____/

Case No. 2:19-CV-71

HON. GORDON J. QUIST

### ORDER ADOPTING REPORT AND RECOMMENDATION

On November 16, 2020, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R), recommending that the Court grant Defendant's motion for summary judgment. (ECF No. 35.) The Court has reviewed the R & R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R & R.

**Accordingly, IT IS HEREBY ORDERED** that the November 16, 2020, Report and Recommendation (ECF No. 35) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 28) is **GRANTED** for the reasons set forth in the R & R. Plaintiff's retaliation and conspiracy claims against Defendant Newcomb are **dismissed without prejudice**. Plaintiff's free exercise claim against Defendant Newcomb is **dismissed with prejudice**.

This case is **concluded**.

A separate judgment will enter.

Dated: December 10, 2020

                                              /s/ Gordon J. Quist
                                              GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE